STEPHEN ZELLER, Bar No. 265664
DeCARLO & SHANLEY, a Prof. Corp.
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Phone: 213-488-4100 & Fax: 213-488-4180

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carpenters Southwest Administrative Corporation, a California non-profit corporation, etc.,<br><br>　　　　　　　　　　　　　　　　Plaintiff(s),<br>v.<br>So Cal Wall, Inc., a California corporation; and Does 1 through 10, inclusive,<br><br>　　　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>2:20-cv-03943 PA-PD<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: *(Check one)*

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from *(check one)* ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by PLAINTIFFS_____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

　　July 15, 2020　　　　　　　　　　　　　　　/s/ [signature]
　　　　Date　　　　　　　　　　　　　　　　　Signature of Attorney/Party

　　　　　　　　　　　　　　　　　　　　　Stephen Zeller, DeCarlo & Shanley,
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**PROOF OF SERVICE**
**(USDC Case No. 2:20-cv-03943-PA-PDx)**
**(Carpenters v. So Cal Wall, Inc., etc.)**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On July 15, 2020, I served a copy of the foregoing document, described as: **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)or(c)**

**on attorney for defendant, addressed as follows:**

    Kimberly R. Rose-McCaslin
    Derryberry & Associates LLP
    41240 11th Street West, Suite A
    Palmdale, California 93551

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

**[X]    (BY DEPOSIT FOR COLLECTION)**    I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on July 15, 2020, at Los Angeles, California.**

**[X]    (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                    _____
                                                    Lucy J. Moure-Pasco